**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6793**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

NAPOLEON GOODSON, IV,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CR-93-471, CA-00-1517-3-19)

———————

Submitted:  September 20, 2001      Decided:  September 26, 2001

———————

Before LUTTIG, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Napoleon Goodson, IV, Appellant Pro Se.  Mark C. Moore, Assistant
United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Napoleon Goodson, IV, seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Goodson</u>, Nos. CR-93-471; CA-00-1517-3-19 (D.S.C. filed Mar. 30, 2001; entered Apr. 3, 2001 and Apr. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2